Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Joel Ernesto Valdes preserves for further review his contention that his sentence is unreasonable because this court's post-*Booker*** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker*. Valdes concedes that his argument is foreclosed by *United States v. Mares*, 402 F.3d 511 (5th Cir.), *cert. denied,* — U.S. —, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. Valdes also raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Miguel SERRANO–MARTINEZ,**
**Defendant–Appellant.**

**No. 06–50677**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Miguel Serrano–Martinez, Del Rio, TX, pro se.

Jacques Lawrence De La Mota, Delamota & Company, Del Rio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Miguel Serrano–Martinez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Francisco PENA–RUBIO,
Defendant–Appellant.**

No. 06–50761
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

---

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Francisco Pena–Rubio raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis MADRIGAL–OCHOA,
Defendant–Appellant.**

No. 06–50817
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alfred Van Sumpter, Law Office of Alfred V. Sumpter, Del Rio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.